*Elmer T. Bolla,* Deputy Attorney General, with him *David Stahl,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, January 16, 1962:

The order of the Court of Common Pleas of Montgomery County is affirmed on the opinion of Judge DAVID E. GROSHENS for the court below, reported at 25 Pa. D. & C. 2d 678.

# Commonwealth ex rel. Crawley, Appellant, *v.* Myers.

Submitted December 13, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John Crawley,* appellant, in propria persona.

*William H. Wolf, Jr., Louis F. McCabe,* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, January 16, 1962:
The order of the Court of Common Pleas No. 4 of Philadelphia County is affirmed on the opinion of Judge VICTOR H. BLANC for the court below, reported at 25 Pa. D. & C. 2d 742.

## Alexander et al. *v.* Knight, Appellant.

Argued December 11, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).